# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Shawnda Tiernan
Plaintiff,

v.

Case No. 3:16-cv-02602

G&R Collections et al.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Shawnda Tiernan hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of New Jersey. Attached is a Certificate of Good Standing from that Court.

s/ Ari Marcus
Signature

Name: Ari Hillel Marcus

Address: 1500 Allaire Avenue, Suite 101

Address: Ocean, New Jersey 07712

Address:

Phone: 732-695-3282

Email: ari@marcuszelman.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *