# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| SHAWNDA TIERNAN<br><br>Plaintiffs,<br><br>-against-<br><br>G&R COLLECTIONS and MBG, INC.<br><br>Defendants. | Civil Case Number: 3:16-cv-2602<br><br>**CIVIL ACTION**<br><br>**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AGAINST DEFENDANT STELLAR RECOVERY, INC. and FOR ATTORNEY'S FEES.** |

PLEASE TAKE NOTICE that upon this Notice of Motion Plaintiff Shawnda Tiernan ("Plaintiff"), by and through her undersigned counsel, moves this Honorable Court, on a date and time to be determined by the Court, for an Order to Enforce the settlement of $30,000.00 and for a judgment against the Defendant in the amount of $30,000.00, plus attorney's fees for filing this Motion. The parties reached a settlement, not subject to any limitations, on August 25, 2017, however, Defendant has yet to finalize the settlement agreement. Plaintiff relies on a Memorandum of Law in Support, a Declaration of Shawnda Tiernan and on a Declaration of Ari H. Marcus.

Dated:  October 12, 2017

/s/ Ari Marcus
Ari Marcus, Esq.
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
(732) 695-3282 telephone
(732) 298-6256 facsimile
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2017, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access this filing through the court's system.

/s/ Ari H. Marcus
Counsel for Plaintiff Shawnda Tiernan

2