IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWNDA TIERNAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:16-cv-02602 ) Judge Trauger |
| G&R COLLECTIONS, ET AL., | ) ) |
| Defendants. | ) |

**ORDER**

Before the court will further consider the Joint Motion for an Order Conditionally Certifying Class and Granting Preliminary Approval of Class Settlement Agreement (Docket No. 46), it is hereby ORDERED that plaintiff's counsel shall do the following:

1. File the deposition taken of the G&R Collections representative and any accompanying documentation of G&R's net worth.

2. Furnish documentation of the net worth of defendant MBG, Inc.

3. Explain why the Class Settlement Agreement represents that there are 100 persons in the Class (Docket No. 46-2 at 4), but the Notice proposed to be sent to class members states there are 1000 members of the Class (Docket No. 46-3 at 4).

4. File itemized time sheets for all lawyers working on this case on behalf of the plaintiff.

It is so **ORDERED**.

ENTER this 2nd day of January 2018.

_____
ALETA A. TRAUGER
U.S. District Judge