# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHAWNDA TIERNAN, individually and on behalf of all others similarly situated ) ) ) | |
| Plaintiff, ) | Civil No. 3:16-cv-02602 |
| v. ) ) | |
| G&R COLLECTIONS and MBG, INC. ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION SEEKING ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES AND CLASS CONTRIBUTION AWARD

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff, Shawnda Tiernan ("Plaintiff"), individually, and as representative of the class preliminarily approved, will move this Honorable Court, on June 19, 2018, at 4:00 p.m. for an Order awarding plaintiff's attorneys fees and reimbursement of expenses in an amount of $26,500.00 along with an Order awarding a class contribution award for the named plaintiff in the amount of $1,500.00. Plaintiff's Motion is unopposed. The proposed Order was previously filed with the Joint Motion for Preliminary Approval, and re-filed with the Joint Motion for Final Approval.

In support of this motion, Plaintiff has attached a memorandum of law along with exhibits and a declaration from Ari H. Marcus, Esq.

Respectfully submitted this 18th day of June, 2018.

    *s/ Ari Marcus*
    Ari H. Marcus, Esq.
    MARCUS & ZELMAN, LLC

701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:   (732) 298-6256
E-Mail: Ari@MarcusZelman.com
*Attorneys for Plaintiff*